In the Matter of JOHN FOX, Deceased.— Motion for reargument of

motion to dismiss appeal of Edward A. Noonan granted; and upon reargument, motion to dismiss appeal denied on condition that record is promptly filed and argument had when reached. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.